UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


FILED
FEB - 2 2011
Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

INDICTMENT FOR CONSPIRACY TO COMMIT HEALTH CARE FRAUD, CONSPIRACY TO DEFRAUD THE UNITED STATES AND TO RECEIVE AND PAY HEALTH CARE KICKBACKS, AGGRAVATED IDENTITY THEFT, AND FORFEITURE

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 11- 9-JJB-SCR |
| VERSUS | 18 U.S.C. § 1349 |
| | 18 U.S.C. § 371 |
| SHEDRICK O. MCKENZIE | 18 U.S.C. § 1028A |
| HENRY L. JONES | 18 U.S.C. § 2 |
| CHIKENNA D. JONES | 18 U.S.C. § 982 |
| JO A. FRANCIS | |
| MARY H. GRIFFIN | |
| STEPHANIE V. DANGERFIELD | |

**THE GRAND JURY CHARGES**

### General Allegations

At all times relevant to this Indictment:

1. The Medicare Program ("Medicare") was a federal program that provided free or below-cost health care benefits to certain individuals, primarily the elderly, blind, and disabled. The benefits available under Medicare are prescribed by statute and by federal regulations under the auspices of the United States Department of Health and Human Services ("HHS"), through its agency, the Centers for Medicare and Medicaid Services ("CMS"). Individuals who received benefits under Medicare were commonly referred to as Medicare "beneficiaries."

2. Medicare was a "health care benefit program," as defined by Title 18, United States Code, Section 24(b).

3. Part B of the Medicare Program was a medical insurance program that covered, among other things, certain durable medical equipment ("DME").

4. For Louisiana beneficiaries, Medicare Part B insurance covering DME and related health care benefits, items, and services was administered by Cigna Government Services ("Cigna"), pursuant to a contract with HHS. Among Cigna's responsibilities, it received, adjudicated, and paid the claims submitted to it by Medicare beneficiaries, physicians, and suppliers of health care items and services.

5. DME companies, physicians, and other health care providers that sought to participate in Medicare Part B and bill Medicare for the cost of DME and related benefits, items, and services were required to apply for and receive a "supplier number." The supplier number allowed a DME company to submit bills, known as "claims," to Medicare to obtain reimbursement for the cost of DME and related health care benefits, items, and services that a DME company had supplied to beneficiaries.

6. To receive payment from Medicare, a DME company, using its supplier number, would submit a health insurance claim form, known as a CMS-1500. Medicare permitted DME companies to submit a CMS-1500 electronically or by way of a paper claim form. The CMS-1500 required DME companies to provide certain information, including: (a) the Medicare beneficiary's name; (b) the Medicare beneficiary's identification number; (c) the name and identification number of the doctor who ordered the item or service that was the subject of the claim; (d) the health care benefits, items, or services that were supplied or provided to the beneficiary; (e) the billing codes for these benefits, items, or services; and (f) the date upon which the benefits, items, or services were provided.

7.  Medicare, through Cigna, would generally pay a substantial portion of the cost of the DME or related health care benefits, items, and services if they were medically necessary and ordered by licensed doctors or other licensed, qualified health care providers.

8.  Payments under Medicare Part B were often made directly to the DME company. For this to occur, the beneficiary would assign the right of payment to the DME company or other health care provider. Once such an assignment took place, the DME company or other health care provider would assume the responsibility for submitting claims to, and receiving payments from, Medicare.

9.  McKenzie Healthcare Solutions, Inc. ("McKenzie") was incorporated in the State of Mississippi on or about October 28, 2004, and was purportedly engaged in the business of providing DME to Medicare beneficiaries. McKenzie had a Medicare provider number and was eligible to receive payments from Medicare for DME supplied to beneficiaries, if the DME was medically necessary.

10. From on or about October 28, 2004, through the present date, Defendant **SHEDRICK O. MCKENZIE** was a corporate officer for and operator of McKenzie. **SHEDRICK O. MCKENZIE** paid, and caused to be paid, kickbacks to patient recruiters **MARY H. GRIFFIN, STEPHANIE V. DANGERFIELD** and others in exchange for the names and billing information of Medicare beneficiaries, as well as fraudulent prescriptions, for the purpose of billing the Medicare program for medically unnecessary DME through McKenzie.

11. From in or around January 2010, through at least in or around October 2010, Defendant **HENRY L. JONES** was an operator of McKenzie. **HENRY L. JONES** paid, and caused to be paid, kickbacks to patient recruiters **MARY H. GRIFFIN, STEPHANIE V. DANGERFIELD** and others in exchange for the names and billing information of Medicare

3

beneficiaries, as well as fraudulent prescriptions, for the purpose of billing the Medicare program for medically unnecessary DME through McKenzie.

12. From in or around January 2010, through at least in or around October 2010, Defendant **CHIKENNA D. JONES** was a corporate officer for and operator of McKenzie. **CHIKENNA D. JONES** paid, and caused to be paid, kickbacks to patient recruiters **MARY H. GRIFFIN**, **STEPHANIE V. DANGERFIELD** and others in exchange for the names and billing information of Medicare beneficiaries, as well as fraudulent prescriptions, for the purpose of billing the Medicare program for medically unnecessary DME through McKenzie.

13. Defendant **JO A. FRANCIS** was a doctor licensed by the State of Mississippi who wrote prescriptions ordering medically unnecessary DME for Medicare beneficiaries, for the purpose of having McKenzie submit claims to Medicare and receive payments from Medicare.

14. Defendant **MARY H. GRIFFIN** was a patient recruiter who referred Medicare beneficiaries to McKenzie, for the purpose of having that company submit claims for medically unnecessary DME to Medicare and receive payments from Medicare.

15. Defendant **STEPHANIE V. DANGERFIELD** was a patient recruiter who referred Medicare beneficiaries to McKenzie, for the purpose of having that company submit claims for medically unnecessary DME to Medicare and receive payments from Medicare.

### COUNT 1
**Conspiracy to Commit Health Care Fraud**
**(18 U.S.C. § 1349)**

16. Paragraphs 1 through 15 of this Indictment are realleged and incorporated as though fully set forth herein.

17. Beginning on or about October 28, 2004, and continuing through on or about October 25, 2010, in the Middle District of Louisiana, and elsewhere, the defendants,

**SHEDRICK O. MCKENZIE,
HENRY L. JONES,
CHIKENNA D. JONES,
JO A. FRANCIS,
MARY H. GRIFFIN,
and
STEPHANIE V. DANGERFIELD,**

did knowingly and willfully combine, conspire, confederate and agree with each other and with others, known and unknown to the Grand Jury, to commit health care fraud, that is, to execute a scheme and artifice to defraud a health care benefit program affecting commerce, as defined in Title 18, United States Code, Section 24(b), that is, Medicare, and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, said health care benefit program, in connection with the delivery of and payment for health care benefits, items, and services, in violation of Title 18, United States Code, Section 1347.

### Object of the Conspiracy

18. It was the object of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by, among other things: (a) submitting and causing the submission of false and fraudulent claims to Medicare; (b) concealing the submission of false and fraudulent claims to Medicare and the receipt and transfer of the proceeds of the fraud; and (c) diverting the proceeds of the fraud for their own personal use and benefit and for the use and benefit of others.

5

## Manner and Means of the Conspiracy

The manner and means by which the defendants and their co-conspirators sought to accomplish the object of the conspiracy included, among others, the following:

19. Defendants **SHEDRICK O. MCKENZIE, HENRY L. JONES,** and **CHIKENNA D. JONES** would maintain a valid Medicare group provider number for McKenzie in order to submit Medicare claims for DME that were medically unnecessary.

20. Defendant **JO A. FRANCIS** would provide prescriptions to patient recruiters for medically unnecessary DME that would serve as the basis for McKenzie to bill the Medicare program.

21. Defendants **SHEDRICK O. MCKENZIE** and **CHIKENNA D. JONES** would obtain signature authority for corporate bank accounts of McKenzie, United Mississippi Bank account numbers xxx761 and xxx025.

22. Defendants **MARY H. GRIFFIN, STEPHANIE V. DANGERFIELD** and others would recruit Medicare beneficiaries for the purpose of McKenzie filing claims with Medicare for medically unnecessary DME.

23. Beginning at least on or about January 13, 2005, and continuing through on or about October 25, 2010, defendants **SHEDRICK O. MCKENZIE, HENRY L. JONES, CHIKENNA D. JONES, JO A. FRANCIS, MARY H. GRIFFIN, STEPHANIE V. DANGERFIELD** and others, through McKenzie, would submit, and cause the submission of, approximately $9.1 million in Medicare claims that falsely and fraudulently represented that various health care benefits, items, and services were medically necessary.

24. As a result of the submission of these fraudulent claims, defendants **SHEDRICK O. MCKENZIE, HENRY L. JONES,** and **CHIKENNA D. JONES** would receive, and cause to be received, Medicare payments made to McKenzie based on the false and fraudulent claims. Those payments were deposited and/or transferred into the corporate bank accounts of McKenzie, United Mississippi Bank account numbers xxx761 and xxx025.

25. Defendants **SHEDRICK O. MCKENZIE, HENRY L. JONES,** and **CHIKENNA D. JONES** would then transfer and disburse, and cause to be transferred and disbursed, monies from McKenzie's corporate accounts to themselves and others, including defendants **MARY H. GRIFFIN** and **STEPHANIE V. DANGERFIELD**.

### Overt Acts

In furtherance of the conspiracy, and to accomplish its object, the conspirators committed and caused to be committed, in the Middle District of Louisiana, and elsewhere, the following overt acts, among others:

26. Beginning at least in or around December 2006, and continuing through in or around May 2010, defendants **MARY H. GRIFFIN, STEPHANIE V. DANGERFIELD** and others would recruit Medicare beneficiaries for the purpose of McKenzie filing claims with Medicare for medically unnecessary DME.

27. Beginning at least on or about January 13, 2005, and continuing through on or about October 25, 2010, defendants **SHEDRICK O. MCKENZIE, HENRY L. JONES, CHIKENNA D. JONES, JO A. FRANCIS, MARY H. GRIFFIN, STEPHANIE V. DANGERFIELD** and others, through McKenzie, would submit, and cause the submission of, approximately $9.1 million

in Medicare claims that falsely and fraudulently represented that various health care benefits, items, and services were medically necessary.

28. In or around December 2009 and January 2010, defendant **STEPHANIE V. DANGERFIELD** approached a Medicare beneficiary at his residence in the Middle District of Louisiana, solicited the individual's Medicare beneficiary identification information, and subsequently delivered, and caused to be delivered, medically unnecessary DME from McKenzie to the Medicare beneficiary's residence.

The above is a violation of Title 18, United States Code, Sections 1349 and 2.

## COUNT 2
**Conspiracy to Defraud the United States and to Receive and Pay Health Care Kickbacks**
**(18 U.S.C. § 371)**

29. Paragraphs 1 through 15 of this Indictment are realleged and incorporated as though fully set forth herein.

30. Beginning at least on or about December 22, 2006, and continuing through at least on or about May 7, 2010, in the Middle District of Louisiana, and elsewhere, the defendants,

**SHEDRICK O. MCKENZIE,**
**HENRY L. JONES,**
**CHIKENNA D. JONES,**
**JO A. FRANCIS,**
**MARY H. GRIFFIN,**
**and**
**STEPHANIE V. DANGERFIELD,**

did knowingly and willfully combine, conspire, confederate and agree with each other and with others, known and unknown to the Grand Jury, to commit certain offenses against the United States, that is:

a. to defraud the United States by impairing, impeding, obstructing, and defeating through deceitful and dishonest means, the lawful government functions of the United States Department of Health and Human Services in its administration and oversight of the Medicare program;

b. to knowingly and willfully solicit and receive remuneration, specifically kickbacks and bribes, directly and indirectly, overtly and covertly, in return for referring individuals for the furnishing and arranging for the furnishing of any item and service for which payment may be made in whole or in part by Medicare; and for the purchasing, leasing, ordering, and arranging for and recommending the purchasing, leasing, and ordering of any good, item, and service for which payment may be made in whole and in part by a Federal Health Care program, that is, Medicare, in violation of Title 42, United States Code, Section 1320a-7b(b)(1); and

c. to knowingly and willfully offer and pay remuneration, specifically kickbacks and bribes, directly and indirectly, overtly and covertly, in return for referring individuals for the furnishing and arranging for the furnishing of any item and service for which payment may be made in whole or in part by Medicare; and for the purchasing, leasing, ordering, and arranging for and recommending the purchasing, leasing, and ordering of any good, item, and service for which payment may be made in whole and in part by a Federal Health Care program, that is, Medicare, in violation of Title 42, United States Code, Section 1320a-7b(b)(2)(B).

### Object Of The Conspiracy

31. It was the object of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by, among other things: (a) offering, paying, and receiving kickbacks

and bribes to obtain Medicare beneficiary information that was used as the basis for the submission of false and fraudulent claims to Medicare; (b) submitting and causing the submission of false and fraudulent claims to Medicare; (c) concealing the submission of false and fraudulent claims to Medicare and the receipt and transfer of the proceeds of the fraud; and (d) diverting the proceeds of the fraud for their own personal use and benefit and for the use and benefit of others.

## Manner and Means of the Conspiracy

Paragraphs 19 through 25 of the Manners and Means Section of Count 1 of this indictment are realleged and incorporated as though fully set forth herein.

## Overt Acts

In furtherance of the conspiracy, and to accomplish its object, the conspirators committed and caused to be committed, in the Middle District of Louisiana, and elsewhere, the following overt acts, among others:

32. On or about November 3, 2004, defendant **SHEDRICK O. MCKENZIE** obtained signature authority for a corporate bank account of McKenzie, United Mississippi Bank account number xxx761.

33. On or about April 1, 2009, defendant **SHEDRICK O. MCKENZIE** paid, and caused to be paid, kickbacks in the amount of approximately $1,000 to defendant **JO A. FRANCIS** for signing prescriptions for medically unnecessary DME.

34. On or about August 6, 2009, defendant **SHEDRICK O. MCKENZIE** obtained signature authority for a corporate bank account of McKenzie, United Mississippi Bank account number xxx025.

35. On or about May 15, 2009, defendant **SHEDRICK O. MCKENZIE** paid, and caused to be paid, kickbacks in the amount of approximately $10,700 to defendant **STEPHANIE V.**

**DANGERFIELD** for the referral of Medicare beneficiaries, and corresponding prescriptions, in whose names claims for DME would be submitted.

36. On or about July 20, 2009, defendant **SHEDRICK O. MCKENZIE** paid, and caused to be paid, kickbacks in the amount of approximately $2,500 to defendant **MARY H. GRIFFIN** for the referral of Medicare beneficiaries, and corresponding prescriptions, in whose names claims for DME would be submitted.

37. In or around December 2009 and January 2010, defendant **STEPHANIE V. DANGERFIELD** approached a Medicare beneficiary at his residence in the Middle District of Louisiana, solicited the individual's Medicare beneficiary identification information, and subsequently delivered, and caused to be delivered, medically unnecessary DME from McKenzie to the Medicare beneficiary's residence.

38. On or about January 25, 2010, defendant **CHIKENNA D. JONES** obtained signature authority for corporate bank accounts of McKenzie, United Mississippi Bank account numbers xxx761 and xxx025.

39. On or about April 1, 2010, defendants **HENRY L. JONES** and **CHIKENNA D. JONES** paid, and caused to be paid, kickbacks in the amount of approximately $3,725 to defendant **MARY H. GRIFFIN** for the referral of Medicare beneficiaries, and corresponding prescriptions, in whose names claims for DME would be submitted.

40. On or about April 23, 2010, defendants **HENRY L. JONES** and **CHIKENNA D. JONES** paid, and caused to be paid, kickbacks in the amount of approximately $5,260 to defendant **STEPHANIE V. DANGERFIELD** for the referral of Medicare beneficiaries, and corresponding prescriptions, in whose names claims for DME would be submitted.

The above is a violation of Title 18, United States Code, Sections 371 and 2.

## COUNT 3
## Aggravated Identity Theft
## (18 U.S.C. § 1028A)

41. Paragraphs 1 through 15 of this Indictment are realleged and incorporated as though fully set forth herein.

42. On or about the date specified below, in the Middle District of Louisiana, and elsewhere, the defendant,

**STEPHANIE V. DANGERFIELD,**

during and in relation to a felony violation of Title 18, United States Code, Section 1349 (conspiracy to commit health care fraud), knowingly transferred, possessed, and used, without lawful authority, from the Middle District of Louisiana, a means of identification of another person, that is, a physician's name and Unique Provider Identification Number ("UPIN"), in that she submitted, and caused to be submitted, a Medicare claim for approximately the below dollar amount, and represented that, on or about the below date of service, the below DME supplier had provided the below DME to a Medicare beneficiary pursuant to the below physician's order or prescription:

| Count | Date claim is submitted | Physician | UPIN (last 3 digits) | Date of Purported Service | Item Claimed (Code) | Claimed Amount |
|---|---|---|---|---|---|---|
| 3 | 12/17/09 | J.V. | 819 | 12/11/09 | Back brace (L0631) | $1,000 |

The above is a violation of Title 18, United States Code, Sections 1028A and 2.

### Forfeiture Allegation

43. Paragraphs 1 through 40 of this Indictment are realleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants have an interest pursuant to the provisions of Title 18,

12
Case 3:11-cr-00009-JJB -SCR   Document 1   02/02/11   Page 12 of 20

United States Code, Section 982(a)(7) and the procedures outlined at Title 21, United States Code, Section 853.

44. Upon conviction of Counts 1 and 2 of this Indictment, defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(7), any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense.

45. The property that is subject to forfeiture includes, but is not limited to, the following:

   a. A money judgment in the amount of up to the gross proceeds of the health care fraud offenses set forth in Counts 1 and 2 of the Indictment; and

   b. All funds on deposit at Mississippi United Bank, account numbers 207761 and 171025, in the name of McKenzie Healthcare Solutions, Inc.

46. If, as a result of any act or omission of the defendants, the property described above that is subject to forfeiture,

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as made applicable by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

All pursuant to Title 18, United States Code, Sections 982(a)(7) and 982(b) and the procedures outlined at Title 21, United States Code, Section 853.

UNITED STATES OF AMERICA, by

_____
DONALD J. CAZAYOUX, JR.
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

_____
O. BENTON CURTIS III
TRIAL ATTORNEY
CRIMINAL FRAUD SECTION
DEPARTMENT OF JUSTICE

**A TRUE BILL**

*Clyde L Worrell*
_____
GRAND JURY FOREPERSON

2/2/11
_____
DATE

| | Criminal Cover Sheet | U.S. District Court |

**Place of Offense:** <u>Baton Rouge, LA</u>   Matter to be sealed: ☐ No ✔ <u>Yes</u>

City **<u>Baton Rouge, LA</u>**   Related Case Information:

County/Parish **<u>East Baton Rouge Parish</u>**   Superseding Indictment ____ Docket Number ____
Same Defendant ____   **New Defendant ✔**

Agencies: **Federal Bureau of Investigation**   Magistrate Case Number ____
**U.S. Dept. Of Health & Human Services-OIG/OI** Search Warrant Case No. ____
**Louisiana Attorney General's Office**   R 20/ R 40 from District of ____
**Any Other Related Cases:** ____

**Defendant Information:**

Defendant Name   **<u>SHEDRICK O. MCKENZIE</u>**
Alias
Address:
Birth date:   SS #:   Sex: **Female**   Race   Nationality

**U.S. Attorney Information:**

AUSA:   **DOJ Trial Attorney:   O. Benton Curtis**   Bar # **21442 (TN)**

Interpreter: ✔ No ☐ Yes   List language and/or dialect: ____
**Location Status:**   **Baton Rouge, LA**

Arrest Date ____
____ Already in Federal Custody as of ____
____ Already in State Custody
____ On Pretrial Release

Total # of Counts: __2__   ☐ Petty   ☐ Misdemeanor   ✔ Felony

| **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|
| set 1  <u>18 U.S.C. § 1349</u> | <u>Conspiracy to Commit Health Care Fraud</u> | <u>1</u> |
| set 2  <u>18 U.S.C. § 371</u> | <u>Conspiracy to Defraud the United States and to Receive and Pay Health Care Kickbacks</u> | <u>2</u> |
| set 3  <u>18 U.S.C. § 982</u> | <u>Forfeiture</u> | |

Date: <u>2/2/2011</u>   Signature of AUSA: *[signature]* /for O.B.Curtis

District Court Case Number (To be filled in by deputy clerk): ____

Case 3:11-cr-00009-JJB -SCR   Document 1   02/02/11   Page 15 of 20

| | Criminal Cover Sheet | U.S. District Court |
|---|---|---|

**Place of Offense:** <u>Baton Rouge, LA</u>   **Matter to be sealed:** ☐ No  ✔ Yes

City   **Baton Rouge, LA**   Related Case Information:

County/Parish **East Baton Rouge Parish**   Superseding Indictment ____  Docket Number ____
Same Defendant ____   **New Defendant** ✔

Agencies: **Federal Bureau of Investigation**   Magistrate Case Number ____
**U.S. Dept. Of Health & Human Services-OIG/OI**  Search Warrant Case No. ____
**Louisiana Attorney General's Office**   R 20/ R 40 from District of ____
Any Other Related Cases: ____

**Defendant Information:**

Defendant Name   **HENRY L. JONES**
Alias
Address:
Birth date:    SS #:    Sex: **Male**    Race    Nationality

**U.S. Attorney Information:**

AUSA:    **DOJ Trial Attorney:  O. Benton Curtis**    Bar #  **21442 (TN)**

Interpreter: ✔ No  ☐ Yes   List language and/or dialect: ____
**Location Status:**   **Baton Rouge, LA**

Arrest Date ____
____ Already in Federal Custody as of ____
____ Already in State Custody
____ On Pretrial Release

Total # of Counts:  **2**    ☐ Petty   ☐ Misdemeanor   ✔ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| set 1  <u>18 U.S.C. § 1349</u> | <u>Conspiracy to Commit Health Care Fraud</u> | <u>1</u> |
| set 2  <u>18 U.S.C. § 371</u> | <u>Conspiracy to Defraud the United States and to Receive and Pay Health Care Kickbacks</u> | <u>2</u> |
| set 3  <u>18 U.S.C. § 982</u> | <u>Forfeiture</u> | ____ |

Date: <u>2/2/2011</u>    Signature of AUSA: *[signature]* /for O.B. Curtis

District Court Case Number (To be filled in by deputy clerk): ____

| | Criminal Cover Sheet | U.S. District Court |

**Place of Offense:** <u>Baton Rouge, LA</u>   Matter to be sealed: ☐ No ✔ Yes

City   <u>Baton Rouge, LA</u>   Related Case Information:

County/Parish <u>East Baton Rouge Parish</u>   Superseding Indictment _____ Docket Number _____
Same Defendant _____   New Defendant ✔

Agencies: **Federal Bureau of Investigation**   Magistrate Case Number _____
**U.S. Dept. Of Health & Human Services-OIG/OI**   Search Warrant Case No. _____
**Louisiana Attorney General's Office**   R 20/ R 40 from District of _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name   **CHIKENNA D. JONES**
Alias
Address:
Birth date:   SS #:   Sex: **Female**   Race   Nationality

**U.S. Attorney Information:**

AUSA:   **DOJ Trial Attorney:   O. Benton Curtis**   Bar # **21442 (TN)**

Interpreter: ✔ No ☐ Yes   List language and/or dialect: _____
Location Status:   **Baton Rouge, LA**

Arrest Date _____
_____ Already in Federal Custody as of _____
_____ Already in State Custody
_____ On Pretrial Release

Total # of Counts:   **2**   ☐ Petty   ☐ Misdemeanor   ✔ Felony

| **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|
| set 1   <u>18 U.S.C. § 1349</u> | <u>Conspiracy to Commit Health Care Fraud</u> | <u>1</u> |
| set 2   <u>18 U.S.C. § 371</u> | <u>Conspiracy to Defraud the United States and to Receive and Pay Health Care Kickbacks</u> | <u>2</u> |
| set 3   <u>18 U.S.C. § 982</u> | <u>Forfeiture</u> | _____ |

Date: <u>2/2/2011</u>   Signature of AUSA: _____ for O.B.Curtis

District Court Case Number (To be filled in by deputy clerk): _____

| | Criminal Cover Sheet | | U.S. District Court |
|---|---|---|---|

**Place of Offense:** <u>Baton Rouge, LA</u>   **Matter to be sealed:** ☐ No   ✔ Yes

City **Baton Rouge, LA**   Related Case Information:

County/Parish **East Baton Rouge Parish**   Superseding Indictment _____ Docket Number ____
Same Defendant _____   **New Defendant** ✔
Agencies: **Federal Bureau of Investigation**   Magistrate Case Number _____
**U.S. Dept. Of Health & Human Services-OIG/OI**   Search Warrant Case No. _____
**Louisiana Attorney General's Office**   R 20/ R 40 from District of _____
**Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name   **JO A. FRANCIS**
Alias
Address:
Birth date:   SS #:   Sex: **Female**   Race   Nationality

**U.S. Attorney Information:**

AUSA:   **DOJ Trial Attorney: O. Benton Curtis**   Bar # **21442 (TN)**

Interpreter: ✔ No   ☐ Yes   List language and/or dialect: _____
Location Status:   **Baton Rouge, LA**

Arrest Date _____
_____ Already in Federal Custody as of _____
_____ Already in State Custody
_____ On Pretrial Release

Total # of Counts: __2__   ☐ Petty   ☐ Misdemeanor   ✔ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| set 1   <u>18 U.S.C. § 1349</u> | <u>Conspiracy to Commit Health Care Fraud</u> | <u>1</u> |
| set 2   <u>18 U.S.C. § 371</u> | <u>Conspiracy to Defraud the United States and to Receive and Pay Health Care Kickbacks</u> | <u>2</u> |
| set 3   <u>18 U.S.C. § 982</u> | <u>Forfeiture</u> | |

Date: <u>2/2/2011</u>   Signature of AUSA: *[signature]* /for O.B. Curtis

**District Court Case Number (To be filled in by deputy clerk):** _____

| | Criminal Cover Sheet | | U.S. District Court |
|---|---|---|---|

**Place of Offense:** <u>Baton Rouge, LA</u>　　　Matter to be sealed: ☐ No  ✔ <u>Yes</u>

City　　<u>Baton Rouge, LA</u>　　　　　　Related Case Information:

County/Parish <u>East Baton Rouge Parish</u>　　Superseding Indictment ____　Docket Number ____
　　　　　　　　　　　　　　　　　　　　Same Defendant ____　　　　New Defendant ✔
Agencies: **Federal Bureau of Investigation**　　Magistrate Case Number ____
　　**U.S. Dept. Of Health & Human Services-OIG/OI**　Search Warrant Case No. ____
　　**Louisiana Attorney General's Office**　　R 20/ R 40 from District of ____
　　　　　　　　　　　　　　　　　　　　Any Other Related Cases: ____

**Defendant Information:**

Defendant Name　　<u>**MARY H. GRIFFIN**</u>
Alias
Address:
Birth date:　　　　　SS #:　　　　Sex: **Female**　　　Race　　　　Nationality

**U.S. Attorney Information:**

AUSA:　　　**DOJ Trial Attorney:　O. Benton Curtis**　　Bar # **21442 (TN)**

Interpreter: ✔ No  ☐ Yes　　List language and/or dialect: ____
Location Status:　**Baton Rouge, LA**

Arrest Date ____
____ Already in Federal Custody as of ____
____ Already in State Custody
____ On Pretrial Release

Total # of Counts:　__2__　　☐ Petty　　☐ Misdemeanor　　✔ Felony

| **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|
| set 1　<u>18 U.S.C. § 1349</u> | <u>Conspiracy to Commit Health Care Fraud</u> | <u>1</u> |
| set 2　<u>18 U.S.C. § 371</u> | <u>Conspiracy to Defraud the United States and to Receive and Pay Health Care Kickbacks</u> | <u>2</u> |
| set 3　<u>18 U.S.C. § 982</u> | <u>Forfeiture</u> | ____ |

Date: <u>2/2/2011</u>　　　Signature of AUSA: _[signature]_ Jr. /for O.B. Curtis

District Court Case Number (To be filled in by deputy clerk): ____

| | Criminal Cover Sheet | | U.S. District Court |
|---|---|---|---|

**Place of Offense:** <u>Baton Rouge, LA</u>　　**Matter to be sealed:**　☐ No　✔ <u>Yes</u>

**City**　<u>Baton Rouge, LA</u>　　**Related Case Information:**

**County/Parish** <u>East Baton Rouge Parish</u>　　Superseding Indictment ____　Docket Number ____
　　　　　　　　　　　　　　　　　　　　Same Defendant ____　　　New Defendant ✔
**Agencies:** Federal Bureau of Investigation　Magistrate Case Number ____
　　U.S. Dept. Of Health & Human Services-OIG/OI　Search Warrant Case No. ____
　　Louisiana Attorney General's Office　R 20/ R 40 from District of ____
　　　　　　　　　　　　　　　　　　　Any Other Related Cases: ____

**Defendant Information:**

Defendant Name　**STEPHANIE V. DANGERFIELD**
Alias
Address:
Birth date:　　SS #:　　Sex: **Female**　　Race　　Nationality

**U.S. Attorney Information:**

AUSA:　　**DOJ Trial Attorney:**　O. Benton Curtis　　Bar #　**21442 (TN)**

**Interpreter:**　✔ No　☐ Yes　　List language and/or dialect: ____
**Location Status:**　Baton Rouge, LA

Arrest Date ____
____　Already in Federal Custody as of　____
____　Already in State Custody
____　On Pretrial Release

**Total # of Counts:**　3　　☐ Petty　☐ Misdemeanor　✔ Felony

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count(s)</u> |
|---|---|---|---|
| set 1 | <u>18 U.S.C. § 1349</u> | <u>Conspiracy to Commit Health Care Fraud</u> | <u>1</u> |
| set 2 | <u>18 U.S.C. § 371</u> | <u>Conspiracy to Defraud the United States and to Receive and Pay Health Care Kickbacks</u> | <u>2</u> |
| set 4 | <u>18 U.S.C. § 1028A</u> | <u>Aggravated Identity Theft</u> | <u>3</u> |
| set 3 | <u>18 U.S.C. § 982</u> | <u>Forfeiture</u> | |

Date: <u>2/2/2011</u>　　Signature of AUSA: _[signature] /for O.B. Curtis_

District Court Case Number (To be filled in by deputy clerk): ____