UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
OCTOBER 20, 2011
BRADY, J.

UNITED STATES OF AMERICA

VERSUS

SHEDRICK O. MCKENZIE

CRIMINAL

NO. 11-9-JJB-SCR

This cause came on this day for re-arraignment.

PRESENT: Oliver Benton Curtis, III, Esq.
David Michael Maria, Esq.
Counsel for United States

R. Mark Upton, Esq.
Counsel for Defendant

The defendant is sworn and questioned by the court.

Factual basis read into the record.

The defendant enters a plea of GUILTY to Counts I and II of the Indictment.

The court accepts the guilty plea and refers this matter to the probation officer for a presentence report.

The defendant is released on bond previously set by the Magistrate Judge.

* * * * *

J. Francisco/Reporter
C: CR 9; T 30 mins.